UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| STEPHEN SEWALK, | ) | CASE NO.  1:25-cv-01175 |
| | ) | |
| Plaintiff, | ) | JUDGE BRIDGET MEEHAN BRENNAN |
| | ) | |
| v. | ) | |
| | ) | |
| PENTAGON FEDERAL CREDIT | ) | **ORDER** |
| UNION, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

On March 31, 2026, Plaintiff filed a Motion to Dismiss Defendant Experian Information Solutions, Inc. with prejudice.  (Doc. 34.)  On April 7, 2026, Plaintiff filed a Motion to Dismiss Defendant Pentagon Federal Credit Union.  (Doc. 35.)  On April 15, 2026, Plaintiff filed a Motion to Dismiss Defendant Equifax Information Services, LLC.  (Doc. 36.)  Those Motions are GRANTED.  Pursuant to Rule 21 of the Federal Rules of Civil Procedure, Defendant Experian Information Solutions, Inc., Defendant Pentagon Federal Credit Union, and Defendant Equifax Information Services, LLC are DISMISSED with prejudice.

On Jule 11, 2026, Plaintiff filed a Joint Stipulation of Dismissal With Prejudice as to Defendant Trans Union, LLC.  (Doc. 37.)  Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Defendant Trans Union, LLC is DISMISSED with prejudice.

**IT IS SO ORDERED.**

Date:   June 22, 2026

_____
BRIDGET MEEHAN BRENNAN
UNITED STATES DISTRICT JUDGE